**Lamar BROWN, Petitioner**

v.

**Mark GARMAN Superintendent of the State Correctional Institution at Rockview, District Attorney's Office of Adams County, Adams County/Common Pleas Court of Adams County, Respondents**

No. 51 MM 2017

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Application for Leave to File Original

Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED.**